# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150363

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                SC: 150363
                                                COA: 322023
                                                Emmet CC: 11-003521-FH

REGGIE BERNARD BURKS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015 _____



                                      Clerk

p0720